## IN RE ILYSSA G.

The petition by the respondent father for certification for appeal from the Appellate Court, 105 Conn. App. 41 (AC 28237), is denied.

*Robert C. Koetsch II*, in support of the petition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided January 31, 2008

## STATE OF CONNECTICUT *v.* MICHAEL W. ERVIN

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 34 (AC 28451), is denied.

*Norman A. Pattis*, in support of the petition.

*Paul J. Narducci*, senior assistant state's attorney, in opposition.

Decided January 31, 2008